UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
Central Division

| | |
|---|---|
| S & G DISTRIBUTORS, INC., | § |
| *Plaintiff/Counter-defendant,* | § § § |
| v. | §   CIV. AC. NO. 4:19-cv-00832-LPR |
| US ASSETS, INC., | § § § |
| *Defendant/Counterclaimant.* | § § |

## AGREED FINAL JUDGMENT

The Court, having considered the Parties' joint motion for entry of agreed judgment (the "Motion"), together with their agreement to the entry of this judgment as evidenced by the signatures of their counsel below, grants the Motion. It is therefore,

**ORDERED, ADJUDGED, and DECREED** that the Plaintiff, S&G Distributors, Inc., is hereby awarded judgment against the Defendant, US Assets, Inc., in the amount of five hundred thousand dollars ($500,000). The parties shall bear their own attorneys' fees and costs. This is a final judgment that disposes of all claims and all parties.

SIGNED this 12th day of February, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

**AGREED TO AND ENTRY REQUESTED BY:**

*/s/ Jason M. Hopkins*
Jason M. Hopkins
Attorney for Defendants

*/s/ Kelly W. McNulty*
Kelly W. McNulty
Attorney for Plaintiff